**Opinion issued September 17, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00985-CV

————————————

**SIDDCO UNION, LTD. AND SOHAIL SIDDIQUI, Appellants**

**V.**

**SANDEEP PATEL, SULEMAN LALANI, AMAN JAFAR, BAVARE HOLDING, LP, ARUSHA BAVARE, HARVARD FINANCIAL, LTD., NASRULLAH MANJI, SYED MOID ZAIDI, NEWERA PARTNERS, LTD., ST. MICHAEL'S HOSPITAL AND HEALTHCARE GROUP, LLC, ABDUL H. KAHN, KINGSLAND PARTNERS, LTD., AND IRFAN IFTIKHAR, Appellees**

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2010-52576A**

**MEMORANDUM OPINION**

Appellants, Siddco Union, Ltd. and Sohail Siddiqui, have filed an amended unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.